```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

AMANDA D. MORRISON,                )    3:09-cv-00552-ECR-VPC
                                   )
    Plaintiff,                     )    MINUTES OF THE COURT
                                   )
vs.                                )    DATE: July 26, 2011
                                   )
SARAH K. BRANNAN,                  )
                                   )
    Defendant.                     )
_____)

PRESENT:      EDWARD C. REED, JR.              U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:    NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING

MINUTE ORDER IN CHAMBERS

    Plaintiff's Motion (#38) filed June 6, 2011, for relief from Order of dismissal is **GRANTED**.

    The action should not have been dismissed for want of prosecution pursuant to Local Rule 41-1 because notice of such contemplated order was not give to the remaining parties to the action as required by the Rule.

    Plaintiff shall have 28 days within which to file a motion for default judgment as to Defendant Brannan.

                                        LANCE S. WILSON, CLERK

                                        By      /s/
                                             Deputy Clerk