1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

8
9
10
11
12
13

AMANDA D. MORRISON,

    Plaintiff,

  vs.

SARAH K. BRANNAN,

    Defendant.

CASE NO. 3:09-CV-00552 ECR-VPC

**JUDGMENT**

14
15
16
17
18

    This matter came on before the Court on October 24, 2011 on Plaintiff Amanda D. Morrison's Motion for Default Judgment. After hearing the testimony of Plaintiff and argument from Plaintiff's counsel and reviewing relevant documents, the Court finds, orders and decrees as follows.

19
20
21
22
23
24

    Defendant Sarah K. Brannan, having been duly served pursuant to the Court's Order for Service by Publication and having failed to appear and answer the Plaintiff's Complaint filed herein, the legal time for answering having expired, and no answer or responsive pleading having been filed, and the default of Defendant Sarah K. Brannan having been entered on the application of said Plaintiff, Judgment is hereby entered against said Defendant Sarah K. Brannan as follows.

25
26

    The Court finds that the Plaintiff did suffer certain damages and finds the following amounts to be awarded: for lost salary and commissions, one hundred and seventy-seven

27
28

1  thousand six hundred and ninety-two dollars ($177,692.00), for lost commissions due to drug and
2  alcohol accusations, twenty thousand dollars ($20,000.00), for COBRA expenses and job loss, ten
3  thousand dollars, ($10,000.00), for medical payments the employer would have paid, ten
4  thousand dollars ($10,000.00); for emotional distress, libel, slander per se, and invasion of
5  privacy, $200,000, for a total of four hundred and seventeen thousand, six hundred ninety-two
6  dollars ($417, 692.00).
7  
8      The Court awards prejudgment interest on the judgment amount at the applicable Nevada
9  legal rates since April 17, 2008, when Plaintiff's losses began to accrue, in the total amount of
10 $106,913.00.
11     The Court further awards Plaintiff her taxable costs in the amount of $1,588.00 and
12 attorneys fees in the amount of $6,607.50
13     The judgment shall bear post-judgment interest on all unpaid amounts at the legal rate
14 applying to judgments in this United States District Court.
15     **It is so ordered.**
16     Dated this 6th day of November, 2014.
17
18                                                          _____
19                                                          United States District Judge
20
21 submitted by Henry Egghart, Esq.
   Attorney for Plaintiff

-2-